JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT BOHLKE; Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**CLICKSPARK, LLC,**<br><br>Defendant. | Case No.: 2:14-CV-4023-MMM-MAN<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FED. R. CIV. P. 41(a)** |

Having considered Plaintiff ROBERT BOHLKE's Request for Voluntary Dismissal of the action against Defendant CLICKSPARK, LLC, the Court hereby **ORDERS** as follows:

1. Plaintiff Robert Bohlke's individual claim in the above-captioned case is dismissed **WITHOUT PREJUDICE**;
2. The putative class claim in the above-captioned case is dismissed **WITHOUT PREJUDICE**; and,
3. The above-captioned action is dismissed in its entirety with the parties to bear their own costs with respect to this dismissal.

**IT IS SO ORDERED**.

Date: 10/01/2014

*Margaret M. Morrow*
HON. MARGARET M. MORROW
U.S. DISTRICT JUDGE